UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE LEE SLAUGHTER,

    Plaintiff,

v.

KING COUNTY CORRECTIONAL FACILITY/RJC (DAJD) MEDICAL CLINIC, *et al.*,

    Defendants.

CASE NO. C05-1693-JCC

ORDER

The Court, having reviewed the Plaintiff's civil rights complaint, Plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's' motion preliminary injunctive relief (Dkt. # 62) is DENIED;

(3)     The matter is DISMISSED without prejudice;

(4)     The Clerk is directed to send a copy of this Order to Plaintiff, to counsel for Defendants, and to the Honorable James P. Donohue.

DATED this 16th day of June, 2008.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER
PAGE - 1